IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Civil Action No. 1:24-cv-02661-SKC-MDB

BRYAN CLEMENTS,

        Plaintiff,

v.

RAUL ACOSTA, *et al.*,

        Defendants.

---

**ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY**

---

      This matter is before the Court *sua sponte*. Plaintiff Clements asserts this Court has diversity subject matter jurisdiction based upon 28 U.S.C. § 1332. Previously, Magistrate Judge Maritza Dominguez Braswell ordered the parties to file their Rule 7.1 disclosure statements addressing their respective state citizenships. The Court is presently concerned that Plaintiff's claimed damages do not exceed the minimum required for the Court to exercise diversity jurisdiction.

      Federal courts are courts of limited jurisdiction empowered by Article III of the United States Constitution to hear only certain "cases and "controversies." *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 157-58 (2014). As a result, courts "are duty bound to examine facts and law in every lawsuit before them to ensure that they possess subject matter jurisdiction." *The Wilderness Soc. V. Kane Cty., Utah*, 632 F.3d 1162, 1179 n.3 (10th Cir. 2011) (Gorsuch, J., concurring). Courts have an independent obligation to determine whether subject matter jurisdiction exists, even in the absence of a challenge from any party. *1mage Software, Inc. v. Reynolds & Reynolds, Co.*, 489 F.3d 1044, 1048 (10th Cir. 2006) (citing *Arbaugh v. Y & H Corp.*, 549 U.S. 500 (2006)).

      The Complaint includes no factual allegations concerning the value of any economic or non-economic damages incurred or sought by Plaintiff. *See, generally,* Dkt. 1. It makes only the conclusory statement, "The matter in controversy exceeds

1

the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs in conformity with the provisions of 28 U.S.C. §1332(a)." *Id.* at ¶8.

The Court ORDERS Plaintiff TO SHOW CAUSE in writing on or before September 19, 2025, why this Court should not dismiss this case for lack of diversity subject matter jurisdiction based on an insufficient amount in controversy.

DATED: September 5, 2025.

BY THE COURT:

S. Kato Crews
United States District Judge