IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Civil Action No. 1:24-cv-02661-SKC-MDB

BRYAN CLEMENTS,

        Plaintiff,

v.

RAUL ACOSTA, *et al.*,

        Defendants.

## ORDER TO SHOW CAUSE RE: GUARDIANSHIP MATTER

      This matter is before the Court *sua sponte*. This family dispute implicates matters involving state-court guardianship proceedings of a disabled adult. All parties appear to agree that particulars from the guardianship case are sensitive and should not be discussed publicly. *See, e.g.,* Dkt. 1, p.2 n.1; Dkt. 33, p.3 ("This proceeding is suppressed and only parties who have entered an appearance and are admitted by the Court have access to view it."). Indeed, that case is suppressed such that, even though Defendants Avila-Hardee and Hardee disclosed the case number to this Court (Dkt. 34, pp.2-3), the Court is unable to locate any public record of the matter. The Court is concerned whether the parties have taken liberties to disclose documents and content from a suppressed case without proper authorization from the state court.

      This Court ORDERS all parties to SHOW CAUSE in writing on or before September 19, 2025, (1) what authority *they each* have to disclose and discuss any particulars from the guardianship case publicly and in this lawsuit, (2) what authority this Court has to view such matters from a suppressed case from another jurisdiction, and (3) what, if any, previously filed documents in this case should be restricted based on the state court's suppression order.

1

If any documents should be restricted, then the parties are FURTHER ORDERED to confer about filing appropriate motions to restrict, and to file such motions by September 19, 2025.

DATED: September 5, 2025.

BY THE COURT:

S. Kato Crews
United States District Judge

2